# Court of Appeals
# of the State of Georgia

ATLANTA, February 26, 2024

*The Court of Appeals hereby passes the following order:*

## A24A0900. ALMA SHEPPARD v. SENIOR SERVICES NORTH FULTON, INC.

This case was docketed by this court on January 22, 2024, and the appellant's brief and enumerations of error were due on February 12, 2024. As of the date of this order, appellant still has not filed a brief and enumerations of error and have not requested an extension of time in which to do so. Accordingly, the appeal is hereby DISMISSED as abandoned pursuant to Court of Appeals Rule 13 and 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/26/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, *Clerk.*